DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MARQUARDT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2483

[February 22, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502009CF005155A.

Michael Marquardt, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***